UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | CASE NO.  CR 15-00117RSM |
| ) | |
| Plaintiff,    ) | ORDER GRANTING UNOPPOSED |
| ) | MOTION TO CONTINUE TRIAL AND |
| vs.    ) | PRETRIAL MOTIONS DEADLINE |
| ) | |
| TRAVIS E. FISCHER,    ) | |
| ) | |
| Defendant.    ) | |

THE COURT has considered the unopposed motion of the defense for a continuance of the trial and the pretrial motions dates.  The Court finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to ensure adequate time for effective case preparation, and that these factors outweigh the best interests of the public and the defendant in a speedy trial.

THE COURT further finds that the period of time from the current trial date of July 6, 2015, until the new trial date of December 7, 2015, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 *et seq*.

ORDER GRANTING UNOPPOSED MOTION TO
CONTINUE TRIAL AND PRETRIAL MOTIONS
DEADLINE    - 1
(*Travis E. Fischer*, CR 15-00117RSM)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

IT IS THEREFORE ORDERED that the trial date in this matter is continued to December 7, 2015, and that pretrial motions shall be filed no later than November 9, 2015.

DONE this 19th day of May, 2015.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Dennis Carroll*
Dennis Carroll, WSBA No. 24410
Attorney for Travis E. Fischer
Office of the Federal Public Defender

ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL AND PRETRIAL MOTIONS DEADLINE  - 2
(*Travis E. Fischer*, CR 15-00117RSM)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**